# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

February 10, 2020

Lyle W. Cayce
Clerk

————

No. 19-50632
Conference Calendar

————

UNITED STATES OF AMERICA,

Plaintiff−Appellee,

versus

ISIDRO GONZALEZ-LOPEZ,

Defendant−Appellant,

\* \* \* \* \*

————

No. 19-50633
Conference Calendar

————

UNITED STATES OF AMERICA,

Plaintiff−Appellee,

versus

ISIDRO GONZALEZ-LOPEZ, also known as Isidro Lopez-Gonzalez,

Defendant−Appellant.

No. 19-50632 c/w
No. 19-50633

_____

Appeals from the United States District Court
for the Western District of Texas
USDC No. 4:18-CR-328-1
USDC No. 4:19-CR-117-1

_____

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Isidro Gonzalez-Lopez has moved for leave to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).  Gonzalez-Lopez has not filed a response.

We have reviewed counsel's brief and the relevant portions of the record. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeals are DISMISSED.  *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.